UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PABLO CARRILLO,

Plaintiff,

v.

FORD MOTOR COMPANY; and DOES 1-50, Inclusive,

Defendants.

Case No. 1:26-cv-08678-JLT-FJS

ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS

(ECF No. 10)

On November 17, 2026, the parties filed a *Joint Notice of Settlement* informing the court that a settlement has been reached as to Defendant Ford Motor Company (ECF No. 10). *See* L.R. 160. The notice states that the parties anticipate filing a joint stipulation of dismissal of the entire action with prejudice within sixty (60) days of the notice (ECF No. 10 at 2).

Pursuant to Local Rule 160, the court is required to set a deadline for filing dispositional documents no more than twenty-one (21) days after a notice of settlement is filed, absent a showing of good cause to extend the time. L.R. 160(b). The parties' notice does not explain why an additional thirty-nine (39) days is required to file the notice of dismissal with prejudice (ECF No. 10 at 2). Because the parties have not established good cause requiring additional time, the deadline will be set in accordance with L.R. 160(b). If additional time is needed, the parties may submit a motion to extend that proffers good cause. The parties are advised, however, that once

the terms of a settlement agreement are finalized and signed, effectuating its terms does not constitute good cause to delay dismissal.

Accordingly, it is HEREBY ORDERED that the parties SHALL file their notice of dismissal with prejudice no later than December 8, 2026.

IT IS SO ORDERED.

Dated: **November 18, 2026**

UNITED STATES MAGISTRATE JUDGE